No. D–633. IN RE DISBARMENT OF MONAGHAN. Disbarment entered. [For earlier order herein, see 481 U. S. 1045.]

No. D–638. IN RE DISBARMENT OF HAEBERLE. Disbarment entered. [For earlier order herein, see 482 U. S. 903.]

No. D–647. IN RE DISBARMENT OF ELDEN. It is ordered that William Elden, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–648. IN RE DISBARMENT OF MONOKER. It is ordered that David Monoker, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–649. IN RE DISBARMENT OF FILSOOF. It is ordered that Fred F. Filsoof, of Atlanta, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–5193 (A–94). BROGDON v. BUTLER, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–1640. PACE RESOURCES, INC. v. SHREWSBURY TOWNSHIP ET AL., 482 U. S. 906;

No. 86–1648. WEST ET AL. v. MULTIBANCO COMERMEX, S. A., ET AL., 482 U. S. 906; and

No. 86–1671. COKER v. GIELOW, CHAIRMAN, RAILROAD RETIREMENT BOARD, ET AL., 482 U. S. 906. Petitions for rehearing denied.